*E-FILED - 4/16/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLIFFINA JOHNSON,<br><br>  Defendant. | NO.  C-04-03340-RMW<br><br>Related to: CR-99-20092-RMW |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FREDERICK L. SHIRLEY,<br><br>  Defendant. | NO.  C-06-06276-RMW<br><br>**ORDER CONSOLIDATING CASES** |

The above captioned cases which involve motions under 28 U.S.C. § 2255 are consolidated.  All further filings should be made under case no. C-04-03340 RMW with a

ORDER OF CONSOLIDATION
NO. C-04-03340-RMW
NO. C-06-06276-RMW

1  reference to the related criminal case no. CR-99-20092.

2  

3  DATED: April 16, 2007

4  _____
   RONALD M. WHYTE
   United States District Judge

1  Copy of Order mailed on 4/16/07 to:

2  Lupe Martinez
   3564 Juergen Drive
3  San Jose, CA 95121

4      Counsel for Cliffina Johnson

5  Suzanne A. Luban
   3758 Grand Ave. #4
6  Oakland, CA 94610

7      Counsel for Frederick L. Shirley

8  Carlos Singh
   Assistant United States Attorney
9  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
10
       Counsel for United States of America
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF CONSOLIDATION
NO. C-04-03340-RMW
NO. C-06-06276-RMW     3